**Eric CADE, Petitioner–Appellant,**

v.

**Terry O'BRIEN, Warden, Respondent– Appellee.**

No. 13–7633.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2014.

Decided: March 13, 2014.

Eric Cade, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Cade, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Cade v. O'Brien,* No. 2:13–cv–00045–JPB–JSK, 2013 WL 5423991 (N.D.W.Va. Sept. 26, 2013). We deny Cade's motions for injunctive relief pending appeal and for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*